UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALLANNA WARREN,<br><br>       Plaintiff,<br><br>v.<br><br>DOLLAR TREE,<br><br>       Defendant. | Case No. 2:23-cv-01377-APG-EJY<br><br>**ORDER** |

      Before the Court is Plaintiff's Motion for Pro Se Litigant to File Electronically. ECF No. 5. Plaintiff requests permission to file electronically in the Court's CM/ECF filing system. The Court grants Plaintiff's request under Local Rule IC 2-1(b), which states that a "pro se litigant may request the court's authorization to register as a filer in a specific case."

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Pro Se Litigant to File Electronically (ECF No. 5) is GRANTED.

      IT IS FURTHER ORDERED that Plaintiff must submit the Consent for Electronic Service of Documents on or before **October 6, 2023** to the Clerk of Court.

      IT IS FURTHER ORDERED that the Clerk of Court must send Plaintiff the form Consent for Electronic Service of Documents and instructions for the same. Plaintiff is not authorized to file electronically until the Consent form is submitted within the time frame specified. Upon timely submitting the Consent form, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

      Dated this 8th day of September, 2023.

                                                                                  ELAYNA J. YOUCHAH<br>
                                                                                  UNITED STATES MAGISTRATE JUDGE