UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALLANNA WARREN,<br><br>    Plaintiff,<br><br>    v.<br><br>DOLLAR TREE,<br><br>    Defendant. | Case No. 2:23-cv-01377-APG-EJY<br><br>**ORDER** |

Plaintiff is no longer at the address on file with the Court (*see* ECF No. 31) and has failed to file an updated address as required by U.S. District Court for the District of Nevada Local Rule IA 3-1.[1]

Accordingly, IT IS HEREBY ORDERED that no later than **November 13, 2023,** Plaintiff must file an updated address with the Court.

DATED this 13th day of October, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

---

[1] LR IA 3-1 states a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. … Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."

1