UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>　　　　　　Plaintiff,<br>v.<br><br>DOLLAR TREE,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-01377-APG-EJY<br><br>**Order Affirming Magistrate Judge's Order**<br><br>[ECF No. 8] |

Magistrate Judge Youchah ordered plaintiff Allanna Warren to update her address on file with the court, as required by Local Rule IA 3-1. ECF No. 32. Ms. Warren appealed that order. ECF No. 33. I have reviewed the appeal and Judge Youchah's Order. Ms. Warren does not offer sufficient reasons for an exception to this court's Local Rule. And Judge Youchah's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).

I THEREFORE ORDER that Magistrate Judge Youchah's Order **(ECF No. 32) is affirmed**, and Ms. Warren's appeal **(ECF No. 33) is denied**.

I FURTHER ORDER Ms. Warren to file an updated address with the court by **January 16, 2024**. If she fails to do so, this case may be dismissed without further notice.

DATED THIS 28th day of December, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE