UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ALLANNA WARREN,

    Plaintiff,

  v.

DOLLAR TREE,

    Defendant.

Case No. 2:23-cv-01377-APG-EJY

**ORDER**

    Pending before the Court is Plaintiff's application to proceed *in forma pauperis* before the Ninth Circuit Court of Appeals. ECF No. 49. As explained to Plaintiff in the case she has pending against Lincoln National Life Insurance Company (23-cv-601), Plaintiff has filed her application in the wrong court. Plaintiff is again directed to the instructions for filing her application before the Ninth Circuit Court of Appeals. It is in that Court that Plaintiff must seek approval of her requested *in forma pauperis* status.

    Accordingly, Plaintiff's second application to proceed *in forma pauperis* (ECF No 49) is DENIED without prejudice to allow Plaintiff to re-file her application before the Ninth Circuit Court of Appeals.

    Dated this 31st day of December, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1