Allanna Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123
therealisrealites221@gmail.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ALLANNA WARREN,

   Plaintiff,

  vs.

DOLLAR TREE, RICK DREILING, JEFF
DAVIS, MIKE CREEDON, and DOLLAR
GENERAL CORP.,

   Defendant.

Case No.: 2:23-cv-00065-GMN-DJA

AMENDED COMPLAINT JURY TRIAL
DEMANDED

PLAINTIFF, ALLANNA WARREN, hereby submits her AMENDED COMPLAINT JURY
TRIAL DEMANDED.  PLAINTIFF complains against all defendants as follows.

I.

## STATEMENT OF THE CASE

  This case is linked and related to two police misconduct cases currently in litigation.  The
first case is against the City of Sparks et. al. and The county of Washoe Jail et. al in the Second
Judicial District case number CV2201525.  The second case is against Las Vegas Metropolitan
Police Departments (LVMPD) in the US District Court with case number 2:23-cv-00065-GMN-
DJA.   After an unlawful detainment on June 14, 2020 and an unlawful arrest on June 20, 2020

AMENDED COMPLAINT JURY TRIAL DEMANDED - 1

by Sparks Police officers Ginger Miller, Ryan Patterson and Daniel Jones, PLAINTIFF and her elderly mother were harassed, followed, stalked, illegally surveilled, had their communications devices illegally monitored and would go into any business, school, store like Walmart/99 Cent only store/Dollar Tree, retail business, apartment, doctor's offices, townhome, box store, private home or any place PLAINTIFF and her mother visited even once and slander, libel and character assassinate them both.  Law enforcement would illegally stalk and follow MS. WARREN to continue the harassment, slander, libel and character assassination to landlords, neighbors, employees, co-workers, supervisors, doctor's office staff, doctors, physician assistants etc in Southern Nevada as well.

        The police misconduct problems for Ms. WARREN did not stop in Washoe County or Northern Nevada. In November 2021, during a training course for her new job in Las Vegas, a co-worker teased Ms. WARREN by showing her a copy of her booking photo that had been taken when she was arrested.  Ms. WARREN suffers from alopecia. When she was booked by the police in Sparks on June 20, 2020, OFFICER MILLER removed Ms. WARREN'S hat before her booking photo was taken, so Ms. WARREN appears bald in the photo. Somehow, Ms. WARREN's co-worker got his hand on this photo, and stated that he had actually gotten the photo from their training instructor. Thereupon, Ms. WARREN's classmates in the training program teased her with photos of bald people and the instructor harassed her also. The booking photo cannot be found online. Ms. WARREN called the Washoe County Sherriff's Office, who stated to her that such a photo is only a public record when an individual is incarcerated, but that after incarceration is over, the photo is removed from their website. The Washoe County Sherriff's office additionally stated that the only way the picture could be released at this point would be either at Ms. WARREN's own request for it, or, in response to a request from someone

AMENDED COMPLAINT JURY TRIAL DEMANDED - 2

inside SPARKS POLICE DEPARTMENT. Therefore, on information and belief, SPARKS

POLICE DEPARTMENT impermissibly released Ms. WARREN'S booking photo online or to

her then current employer in Las Vegas in an effort to harass, embarrass, stalk, and belittle her.

After PLAINTIFF complained about the arrest photo to her employer, she was placed on

administrative leave and ultimately fired. It is also possible that LAS VEGAS

METROPOLITAN POLICE DEPARTMENT additionally had a hand in the booking photo

getting released to Ms. WARREN'S new employer in Las Vegas. Ms. WARREN has been the

victim of a wide variety of suspicious behavior at the hands of LAS VEGAS METROPOLITAN

POLICE DEPARTMENT since having moved from Reno to Las Vegas in July 2021. , Ms.

WARREN regularly finds herself followed by both uniformed and plain clothes LAS VEGAS

METROPOLITAN POLICE DEPARTMENT officers when she leaves her apartment building

by car. She cannot take videos of this behavior when she is alone in her car for fear of being

pulled over for using a cell phone while driving. Ms. WARREN'S mother is elderly and disabled

and also cannot take videos of this behavior on the rare occasions when she is in the car

alongside her daughter.  Prior to her ordeal, Ms. WARREN suffered from anxiety, depression,

and alopecia. Now, subsequent to her ordeal at the hands of SPARKS POLICE DEPARTMENT

and LAS VEGAS METROPOLITAN POLICE DEPARTMENT, PLAINTIFF additionally

suffers from PTSD and paranoia. Following her confinement, and likely due to stress and the

filthy conditions inside the WASHOE COUNTY JAIL, Ms. WARREN developed hidradenitis

suppurativa, a painful skin condition that causes small, painful lumps to form under her skin.

Following her jailing, MS. WARREN developed these sores and pustules all over her body, for

she sought the help of a dermatologist.

AMENDED COMPLAINT JURY TRIAL DEMANDED - 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Since PLAINTIFF moved to Las Vegas she has had issues at every Dollar Tree she and her mother visit in the Las Vegas metro area.  They have visited stores located at 3053 N. Jones Blvd, Las Vegas NV, 89108, 9350 W Lake Mead Blvd, Las Vegas NV, 89134, 2091 N Rainbow Blvd Suite A, Las Vegas, NV 89108, 1324 W. Craig Road Ste 3, North Las Vegas, NV 89032, 2646 W. Horizon Ridge Pkwy, Henderson, NV 89052, 3870 Blue Diamond road Bldg. R Las Vegas, NV 89139 and several other locations.  At the 2091 N Rainbow Blvd Suite A, Las Vegas, NV 89108 location a Hispanic female employee with dark hair called the PLAINTIFF a "mayate" while PLAINTIFF shopped in the store.  The word mayate is Spanish for Nigger. There were other derogatory words spoken to MS. WARREN in Spanish but PLAINTIFF did not understand what was being said.   PLAINTIFF heard another employee ask the Hispanic female employee what she said about the PLAINITFF and the Hispanic female employee said "it was a mild curve."  PLAINTIFF knew the employees were speaking about her as they were pointing and starring at PLAINTIFF as she was heading to the checkout counter.  When PLAINTIFF arrived at the checkout counter, another larger build Hispanic employee called someone from the back to help PLAINTIFF, as the larger Hispanic employee was leaving PLAINTIFF heard the larger Hispanic employee say, "I'm not going to help her."   These were common occurrences when PLAINTIFF and/or PLAINTIFF'S mother would visit area Dollar Tree stores.  On March 1, 2023 PLAINTIFF and PLAINTIFF's mother shopped at the Dollar Tree located at 3870 Blue Diamond Road Bldg. R, Las Vegas, NV 89139.  The time on PLAINTIFF' receipt indicates that it was approximately 12:09 pm.  As PLAINTIFF was exiting the store she was almost ran over by a LVMPD SUV being driven by a black male officer.  He stopped right next to the Dollar Tree, where PLAINTIFF and PLAINTIFF'S mother were shopping.  As indicated in the above police misconduct lawsuits, PLAINTIFF and PLAINTIFF'S

AMENDED COMPLAINT JURY TRIAL DEMANDED - 4

mother are constantly and illegally being stalked, followed, tailed, surveilled, monitored and

trailed by law enforcement and LVMPD in particular.  This was very frightening to the

PLAINTIFF as she was afraid the officer would hit and/or injure the PLAINTIFF, because the

officer drove so frantically and stopped suddenly in a parking lot full of customers.  This male

officer stared at the PLAINTIFF as she was heading to her car and kept staring until PLAINTIFF

was exiting the parking lot.   On March 16, 2023 PLAINTIFF shopped at the Dollar Tree located

at 8500 S. Eastern Ave, Las Vegas, Nv89123.  PLAINTIFF'S receipt indicates that the time was

approximately 12:12 pm.  As PLAINTIFF shopped, she went down the medication aisle.  There

was a very tall and large white male customer blocking the entire aisle.   PLAINTIFF had a cart

that would not fit the aisle because the customer wasn't letting others by.  PLAINTIFF left her

cart at the end of the aisle and walked to the product she wanted. PLAINTIFF said excuse me to

the large white male who was staring at her.  As PLAINTIFF reached to grab her items she felt a

push and then an elbow jab her side.  As she stood up, she felt the tall white man push her again.

PLANTIFF screamed for help and told the man not to put his hands on a woman.   The tall white

man yells that the PLAINTIFF was crazy and ran out of the store.  PLAINTIFF immediately

went to a female employee and asked for a manager.  The female employee went and got

Assistant Manager named Bob.  Right away PLAINTIFF could see Bob had a nasty attitude and

smug expression on his face as he approached MS. WARREN.  PLAINTIFF asked Bob his name

and title.   Bob  was very rude and was reluctant to give PLAINTIFF his name.  Bob finally gave

the PLAINTIFF his name and the PLAINTIFF asked Bob for the name of actual manager.  Bob

tells MS. WARREN that the manager was not there in the store, which turned out to be a

lie.  PLAINTIFF asked Bob for the manager's name again.  Bob tell the PLAINTIFF,  "Danielle

or something."   PLAINTIFF asked Bob to spell the manager's name.  Bob spells the manager's

AMENDED COMPLAINT JURY TRIAL DEMANDED - 5

name wrong and says it is just a guess.   Before PLAINTIFF could explain to Bob the hate crime she was just a victim of, Bob turned around and stormed into the back room.  PLAINTIFF looks into the room and sees a female employee who looks dismayed at Bob's behavior.  PLAINTIFF asked this female employee if she was the manager, to which she said yes.   At this point, Bob has "sanpaku eyes" , is acting like a deranged lunatic when he exits the room.  Customers and employees were gathering around and watching this situation escalate for no reason.  This was embarrassing, humiliating and scary for the PLAINTIFF.   Bob tried to close the manager, Danielle, up in this room.   Bob was proceeding to call 911 on the PLAINTIFF, the victim. Danielle had to open the room's door to get out after Bob tried to close her up in the room.  He was screaming on the phone.  The manager told PLAINTIFF that Bob's behavior was very inappropriate.  PLAINTIFF asked the manager what her name was and she said Danielle. Danielle yelled for Bob to stop calling the police.  Danielle actually grabbed the phone out of Bob's hand and hung it up.  Immediately 911 calls back to confirm officers were on the way to the location.  Danielle told 911 not to come and there was no problems.  Danielle apologized to 911 for what Bob had just done.

[Bob is guilty of violating H.R.6003 — 115th Congress

Anti-Swatting Act of 2018, which states **"bill amends the

Communications Act of 1934 to provide for enhanced penalties for the

transmission of misleading or inaccurate caller identification information

with the intent to trigger an emergency response by: (1) a law enforcement

agency of the United States, a state, or a political subdivision of a state…"

and NRS 207.161 TO 207.167 – EMERGENCY COMMUNICATIONS

INTERFERENCE.  Bob should be held accountable for making a false

911 swatting call on 3/16/23.]

AMENDED

1
2
3
4

After PLAINTIFF tells Danielle the story of the hate crime that had just happened to MS.

WARREN in her store, Danielle apologized to the PLAINTIFF and gave MS. WARREN a

hug.  Danielle informed MS. WARREN that she was married to a black man for years and has

half black children.  PLAINTIFF told Danielle that Bob's actions could have resulted in MS.

WARREN'S death or false arrest.  PLAINTIFF explained that the way Bob called 911 and told

them a complete lie about the situation is how many black people end up dead, hurt or in jail on

false charges.  Danielle told PLAINTFF that what Bob did was unacceptable and she would be

contacting her district manager.  PLAINTIFF was fine with Danielle telling the district manager

but MS. WARREN felt this situation should go higher than a district manager.   After

PLAINTIFF finished shopping, she asked another employee to get Danielle.  When Danielle

arrived PLAINTIFF explained that she felt paranoid and very scared about Bob and the tall white

man, who may still be around the store.  PLAINTIFF asked Danielle to watch her check out her

items and walk PLAINTIFF out of the store.  PLAINTIFF  was visibly shaking and upset.

Danielle walked PLAINTIFF outside and both ladies were looking around.  As Bob and the tall

white man who battered PLAINTIFF were not present, PLAINTIFF started to walk home.

PLAINITFF's car had been destroyed by VIP Auto Services when she took it into get fixed in

November 2022.  PLAINTIFF had a warranty for parts and labor but VIP Auto Services refused

to fix the car.  Not having reliable transportation presented a danger and stress to PLAINTIFF

because she had to walk home from the Dollar Tree, where 911 was called based on a lie, the

police could been in close proximity and a white man had just battered her inside the Dollar

AMENDED COMPLAINT JURY TRIAL DEMANDED - 7

1

2

Tree.   PLAINTIFF and her mother are still being racially profiled in every Dollar Tree they

visit, up to the day of this amended complaint.

3

4

5

On 3/16/23, after PLAINTIFF returned home, PLAINTIFF emailed Mr. Rick Dreiling,

CEO of Dollar Tree and Dollar General.   PLAINTIFF'S email was ignored so PLAINTIFF filed

6

7

8

a small claims suite against Dollar Tree.  Las Vegas Justice court dismissed PLAINTIFF'S small

claims case as it delt with libel, slander, civil rights violations and other claims they do not

handle.  Therefore, PLAINTIFF is filing this suit in District Court.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dollar Tree has had racial discrimination, profiling and EEOC issues before.  Racism in

Dollar Tree's aren't uncommon across the United States.  RACIALLY PROFILED IN DOLLAR

TREE AT THE NORTHTOWN SHOPPING CENTER - YouTube

https://www.youtube.com/watch?v=HtcMo3M7PXA is a Youtube video of a black, male

customer who went into a Dollar Tree to buy a juice and was threatened by the Dollar Tree clerk.

The white, male clerk tried to have the customer arrested for trespassing and threatened to mace

the customer.  When the police arrived, after the clerk called 911 for a non emergency which is

swatting, they immediately act like the customer was in the wrong and a criminal.  The customer

even mentions that the clerk calling 911 and having police come to the store for no reason is how

people end up hurt or worse.  Dollar tree employee being racist or age discriminant - YouTube

https://www.youtube.com/watch?v=V71s4MVWrRY is another Youtube video of a Dollar Tree

clerk being racist and agist to a paying customer. This Youtube video is of a mother who said the

Dollar Tree employee racially profiled her children.  Racist Dollar tree manager accused child of

stealing momma didn't feel that - YouTubehttps://www.youtube.com/watch?v=GEisFspEB74.

Dollar Tree employees don't even feel bad about racially profiling little children in the store to

purchase items.   Dollar Tree Review: Racist communication and drug use and passing around

AMENDED COMPLAINT JURY TRIAL DEMANDED - 8

by staff - ComplaintsBoard.com is an article where a customer complained about hearing the N-word being thrown around by Dollar tree employees with children and elderly people around. This article also explains that customers were forced to wait in line while Dollar Tree employees exchanged drug paraphernalia during store hours. Dollar tree employees, of any color, can be racist against black people. This article Family Dollar employee accused of false imprisonment, racial profiling (desmoinesregister.com)  explain how two middle aged black women came into a store to browse and decided not to buy anything but was racially profiled by a Dollar Tree employee.   The employee stopped the ladies, who had done nothing wrong, to question them and check their bags to see if they stole anything.  The same employee let two white customers walk by and not check their bags.

This article  Dollar Tree Review: I am complaining about racial profiling - ComplaintsBoard.com explains how customers were being followed around the store and when asked why they were being followed they were told "because you are black and look suspicious."

Dollar tree doesn't just discriminate against their customers, but their employees as well. Dollar Tree Distribution to Pay $50,000 to Settle EEOC Disability Discrimination Suit | U.S. Equal Employment Opportunity Commission is proof that Dollar Tree had to pay $50,000 to it's employee for discrimination.  This settlement was just from 2022.   This is not the only discrimination lawsuit Dollar Tree has paid out to its employees.   Dollar Tree paid $6 Million in 2019. Dollar General to Pay $6 Million to Settle EEOC Class Race Discrimination Suit | U.S. Equal Employment Opportunity Commission  And also from 2022, a Dollar Tree employee admitted that Dollar Tree sold stickers which stated 'Be Colorblind'. The employee said it was racist to have such a sticker sold in the store, https://www.dailydot.com/irl/colorblind-stickers-dollar, https://www.dailydot.com/irl/colorblind-stickers-dollar-tree-tiktok/.

AMENDED COMPLAINT JURY TRIAL DEMANDED - 9

## II.

## JURISDICTION AND VENUE

1. "A court of this state may exercise jurisdiction over a party to a civil action on any basis not inconsistent with the Constitution of this state or the Constitution of the United States." NRS 14.065.

2. Jurisdiction in this Court is proper because this is a complaint seeking monetary relief in excess of $10,000, the PLAINTIFF is a resident citizen of Nevada, and the DEFENDANTS DOLLAR TREE are a private for profit company operating in Las Vegas, Nevada.

3. Venue is proper in the Eighth Judicial District Court of Clark County because:

   a. Under NRS 13.020, "Actions for the following causes must be tried in the county where the cause, or some part thereof, arose, subject to the power of the court to change the place of trial." All of the events giving rise to this claim have occurred within Clark County;

   b. The PLAINTIFF currently resides in Las Vegas, Nevada, where the events or omissions giving rise to the claims of this case occurred.

## III.

## PARTIES

4. At all times relevant to this action, PLAINTIFF was a resident of the State of Nevada, County of Clark.

5. DEFENDANT DOLLAR TREE is a private business situated in Clark County, Nevada.

## IV.

AMENDED COMPLAINT JURY TRIAL DEMANDED - 10

### GENERAL ALLEGATIONS COMMON TO ALL CLAIMS

6. PLAINTIFF is a forty-five year old African-American woman.

7. PLAINTIFF suffers from pre-existing alopecia, depression, and anxiety; as a result of her ordeal at the hands of SPARKS POLICE DEPARTMENT and LAS VEGAS METROPOLITAN POLICE DEPARTMENT, she now also suffers from hidradenitis suppurativa, PTSD, and paranoia.

8. PLAINTIFF has been a resident of the state of Nevada throughout the entirety of this ordeal.

9. In July 2021, PLAINTIFF and her elderly mother moved to Las Vegas from Reno due to her fear of retribution by SPARKS POLICE DEPARTMENT.

10. Since her move, PLAINTIFF has been subject to ongoing surveillance and interference in Las Vegas by LAS VEGAS METROPOLITAN POLICE DEPARTMENT, detailed infra.

11. PLAINTIFF has had additional problems happen to her as a result of interference by, on information and belief, the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; these include but are not limited to:

    a. Possible involvement in PLAINTIFF'S booking photo being released to her new employer in Las Vegas;

    b. Known interference with PLAINTIFF'S and her mother's property as it was being transported by U-Haul from Northern to Southern Nevada, who admitted to PLAINTIFF on the telephone their employees' collusion with both SPARKS POLICE DEPARTMENT and the LAS VEGAS METROPOLITAN POLICE DEPARTMENT when transporting and temporarily losing the property;

    c. Unwarranted surveillance at PLAINTIFF'S new Airbnb upon first moving to Las Vegas;

AMENDED COMPLAINT JURY TRIAL DEMANDED - 11

d. Being followed by both uniformed and plain clothes LAS VEGAS METROPOLITAN POLICE DEPARTMENT officers when PLAINTIFF leaves her apartment building by car, Uber, Lyft, Taxi or rental car;

e. Being told by her internet service provider T-Mobile that the POLICE paid for her internet connection;

f. Being harassed at home, including by having LAS VEGAS METROPOLITAN POLICE DEPARTMENT bang on her door, allegedly at the behest of a neighbor, and wait around her apartment at night;

g. Being accused by the property managers at her building of violating community standards using videos skimmed from PLAINTIFF'S own surveillance cameras operating on PLAINTIFF'S own WiFi connection (the WiFi that T-Mobile has admitted the POLICE compensate).

h. On information and belief, Law enforcement contacted DOLLAR TREE , it's management and staff to single out, call 911 on, target, profile and discriminate against PLAINTIFF and/or PLAINTIFF's mother as law enforcement was targeting them as well pertaining to ongoing litigation.

—STATE CLAIMS—

V.

**FIRST CLAIM FOR RELIEF**
*Unlawful Injury or Loss Suffered by a Vulnerable Person, NRS § 41.1395*

12. PLAINTIFF incorporates by reference all other allegations in this Complaint, as though fully set forth herein.

AMENDED COMPLAINT JURY TRIAL DEMANDED - 12

13. PLAINTIFF is a vulnerable person as defined by NRS § 41.1395 4(e)(1-2) in that she has a physical health impairment—alopecia—and psychological health impairments—depression and anxiety—that limit one or more of her major life activities, and she has medical records of these impairments.

14. Because of her ordeal, PLAINTIFF now also suffers from a very painful skin condition called hidradenitis suppurativa, and from new psychological problems including PTSD and paranoia.

15. DEFENDANT DOLLAR TREE was unjustified when they inflicted injury, pain, and anguish on PLAINTIFF with their racial discrimination, falsely calling 911 on, scaring, embarrassment, slander, libel, defamation of character and profiling.

16. DEFENDANT has additionally exploited the medical vulnerability of a vulnerable Nevadan, in contravention of state law.

17.  DEFENDANT DOLLAR TREE working in tandem with law enforcement agencies are severely exacerbating PLAINTIFF'S pre-existing disabilities, in contravention of state law.

18. Accordingly, PLAINTIFF is entitled to recover all available damages, including—but not limited to—lost wages, pain and suffering, emotional distress and punitive damages, if available, as allowed by law, in an amount to be determined at trial.

19. In this particular Claim for Relief, PLAINTIFF is entitled to recover two times her damages, as allowed under NRS § 41.1395(1), in an amount to be determined at trial.


# VI.

## SIXTH CLAIM FOR RELIEF

### *Intentional Infliction of Emotional Distress*

AMENDED COMPLAINT JURY TRIAL DEMANDED - 13

20. PLAINTIFF incorporates by reference all other allegations in this Complaint, as though fully set forth herein.

21. DEFENDANT DOLLAR TREE acted to intentionally to call LVMPD every time they were spotted entering into a Dollar Tree in the Las Vegas area.

22. DEFENDANT DOLLAR TREE continued to act intentionally when Assistant Manager Bob called 911 on the PLAINTIFF for no reason, as she had just been a victim of a hate crime on March 16, 2023.

23. After PLAINTIFF simply asked for a manger to report a hate crime, Assistant Manager Bob escalated the situation intentionally.  Bob created a hostile environment when he lied to PLANTIFF about the manager, tried to close the actual manager inside a room and yelled and screamed causing a scene inside the Dollar Tree store.  Employees and customers were visibly upset by Bob's actions.

24.  MS. WARREN's mental health has been negatively affected after the incidents in the Dollar Tree stores.  However, she still has not been able to get a regular doctor in the Las Vegas area since negligently being thrown out by her previous medical provider Mr. Connors at CANO HEALTH.   MS. WARREN needs to see a doctor but because law enforcement has involved themselves in her civil matters she can not obtain medical treatment in the Las Vegas area.

25. Now, PLAINTIFF faces ongoing harassment and surveillance by LAS VEGAS METROPOLITAN POLICE DEPARTMENT even though she has committed no crime in either Clark or Washoe Counties.  In order to help LVMPD in their ongoing litigation, DOLLAR TREE negligently involved themselves in PLAINTIFF'S police misconduct cases.

26. As a result of the actions of the DEFENDANT, the PLAINTIFF has suffered severe emotional distress and physical harm.

AMENDED COMPLAINT JURY TRIAL DEMANDED - 14

27. The intentional behavior of DEFENDANT is the direct and proximate cause of PLAINTIFF'S deteriorated health and ongoing mental anguish.

28. Accordingly, PLAINTIFF is entitled to recover all available damages, including—but not limited to— lost wages, pain and suffering, emotional distress and punitive damages, if available, as allowed by law, in an amount to be determined at trial.

## VIII.

### EIGTH CLAIM FOR RELIEF

### *Civil Conspiracy*

29. PLAINTIFF incorporates by reference all other allegations in this Complaint, as though fully set forth herein.

30. In Nevada, "[a]n actionable civil conspiracy is a combination of two or more persons who, by some concerted action, intend to accomplish some unlawful objective for the purpose of harming another which results in damage." Collins v. Union Fed. Savings Loan, 99 Nev. 284, 303 (Nev. 1983).

31. PLAINTIFF has been harassed by LAS VEGAS METROPOLITAN POLICE DEPARTMENT since moving to Las Vegas.

32. PLAINTIFF has never been convicted of a crime in Las Vegas, so it is a mystery why LAS VEGAS METROPOLITAN POLICE DEPARTMENT would harass her—but for their knowledge that she is disliked by SPARKS POLICE DEPARTMENT.

33. It would be unlawful for LAS VEGAS METROPOLITAN POLICE DEPARTMENT to do the following without a warrant and without probable cause (this list is not exhaustive):

    a. Surveil Ms. WARREN at her Airbnb right when she moved to Las Vegas;

AMENDED COMPLAINT JURY TRIAL DEMANDED - 15

b. Place Ms. WARREN under investigation right when she moved to Las Vegas;

 c. Participate in frustrating Ms. WARREN's access to her property as it was being transported south by U-Haul;

d. Release Ms. WARREN'S booking photo from Washoe County to her new, Las Vegas employer long after she had been released from jail;

e. Tail Ms. WARREN in her car whenever she is driving in Las Vegas, using a rental car or taking a Lyft or Uber;

f. On information and belief, conspire with the property managers at Ms. WARREN's apartment building to entrap Ms. WARREN in perceived community standard violations using videos "skimmed" from her own surveillance cameras operating on PLAINTIFF'S own WiFi

 g. Intercept Ms. WARREN'S telecommunications, including her telephone and internet connection, as by paying for the connection out of a "police account."

h. Stop or interfere with PLAINTIFF and/or PLAINTIFF'S mother from obtaining medical help in either Northern or Southern Nevada.  Medical help includes dental, medical, psychiatric, physical rehabilitation, psychology and any other "medical" help they may need.

34. If LAS VEGAS METROPOLITAN POLICE DEPARTMENT has a cognizable warrant or probable cause against Ms. WARREN for an alleged violation of the law in Clark County, PLAINTIFF asks to see that document.

35. Barring this, her treatment by LAS VEGAS METROPOLITAN POLICE DEPARTMENT is harassment meant to frighten and belittle her.

36. To the extent that LAS VEGAS METROPOLITAN POLICE DEPARTMENT illegally undertakes such treatment of Ms. WARREN at the behest of or for the benefit of SPARKS

AMENDED COMPLAINT JURY TRIAL DEMANDED - 16

POLICE DEPARTMENT in Washoe County, the two police departments are engaged in a civil conspiracy with one another against Ms. WARREN.

37. The "primary purpose" of such partnership is not protection of the community, but rather, "to cause injury" to Ms. WARREN, who is alone but for taking care of her elderly mother. *Ungaro v. Desert Palace, Inc.*, 732 F. Supp. 1522, 1533 n.3 (D. Nev. 1989).

38. And such civil conspiracy, based in intentional tort, is illegal in this state.

39. Accordingly, PLAINTIFF is entitled to recover all available damages, including—but not limited to— lost wages, pain and suffering, emotional distress and punitive damages, if available, as allowed by law, in an amount to be determined at trial.

## —REMEDIES COMMON TO ALL CLAIMS—

## IX.

### *Declaratory Relief*

40. PLAINTIFF incorporates by reference all other allegations in this Complaint, as though fully set forth herein.

41. Pursuant to NRS 30.030, NRS 30.100, NRS 651.090(2)(a), and the Court's inherent equitable powers, PLAINTIFF seeks, and is entitled to have, declaratory relief awarded in her favor, to declare her rights and obligations of the DEFENDANT sued herein, where such declaratory relief is necessary and proper to the termination of the disputes raised herein, including as specifically prayed for below.

42. This includes declaratory relief whereby the Court issues a declaration that DEFENDANT unlawfully discriminated against, harassed, and retaliated against PLAINTIFF and otherwise

AMENDED COMPLAINT JURY TRIAL DEMANDED - 17

violated PLAINTIFF'S rights under the law, and any other declaration the Court finds necessary and proper.

## X.

## PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF prays for judgment against the DEFENDANT as follows:

1. For general damages in an amount in excess of $250,000.00;

2. For special damages in an amount in excess of $250,000.00;

3. For past and future compensatory damages, and other expenses incurred by reason of DEFENDANTS' intentional misconduct, acts, omissions, carelessness, recklessness, negligence, gross negligence, deliberate indifference, and other culpable conduct, described herein, in an amount in excess of $250,000.00;

4. For punitive and exemplary damages as allowed by law;

5. For costs of the suit incurred herein;


Dated this 13th day of January, 2024.


/s/Allanna Warren
Pro Se Name Allanna Warren

AMENDED COMPLAINT JURY TRIAL DEMANDED - 18

CERTIFICATE OF SERVICE

I hereby certify that I sent the foregoing AMENDED COMPLAINT JURY TRIAL
DEMANDED to The US District Court Nevada District Clerk for electronic filing at the
following email address lv_public_docketing@nvd.uscourts.gov on THE13TH DAY OF
JANUARY, 2024.


■                    I also certify that all participants in the case are registered CM/ECF users
and that service will be accomplished by CM/ECF system.

/s/Allanna Warren
PLAINTIFF

AMENDED COMPLAINT JURY TRIAL DEMANDED - 19