UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ALLANA WARREN, | Case No. 2:23-cv-01377-APG-EJY |
|---|---|
| Plaintiff, | **Order Granting Motion to Dismiss** |
| v. | [ECF No. 57] |
| DOLLAR TREE, | |
| Defendant. | |

    Dollar Tree moved to dismiss Allana Warren's amended complaint. ECF No. 57. Warren has not opposed the motion, and the time to do so has now expired. Under this court's Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." Accordingly, I grant Dollar Tree's motion.

    I previously granted Warren leave to file an amended complaint "limited to a claim of civil conspiracy; I [did] not grant leave to file any other claims against Dollar Tree or to add new defendants." ECF No. 53 at 7. As detailed in Dollar Tree's motion to dismiss, Warren ignored that instruction and included in her amended complaint the same allegations I previously ruled were inadequate and improperly added new defendants. Given her refusal to follow my instruction, and her failure to oppose the motion to dismiss, further amendment would be futile. I therefore will close this case.

    I THEREFORE ORDER that Dollar Tree's motion to dismiss **(ECF No. 57) is granted**. Allanna Warren's amended complaint (ECF No. 55) is dismissed with prejudice.

/ / / /

I FURTHER ORDER the clerk of the court to enter judgment accordingly and close this file.

DATED THIS 14th day of March, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE