AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Allanna Warren

          Plaintiff,

v.

Dollar Tree

          Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-01377-APG-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered in favor of Defendant and against Plaintiff, dismissing this action with prejudice and closing case.

3/15/2024
Date

DEBRA K. KEMPI
Clerk

/s/ C. Torres
Deputy Clerk