# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>   Plaintiff<br><br>v.<br><br>DOLLAR TREE, et al.,<br><br>   Defendants | Case No.: 2:23-cv-01377-APG-EJY<br><br>**Order Denying Motions to Vacate and Strike**<br><br>[ECF Nos. 69, 72] |

Plaintiff Allanna Warren filed a notice of appeal regarding my order dismissing this case with prejudice. ECF No. 68. That same day, she also filed a motion to vacate my order. ECF No. 69. Defendant Dollar General Corporation opposed the motion to vacate. ECF No. 71. Warren thereafter moved to strike Dollar's response. ECF No. 72.

I deny Warren's motion to vacate the judgment because she filed it as a motion based on 28 U.S.C. § 2255. But she has not been convicted of a crime, so § 2255 does not apply to this case. Even if I treat it as a motion for reconsideration, she offers no valid basis for me to change my ruling. As for her motion to strike, she argues Dollar should not have filed a response to her motion because this court has no jurisdiction given her appeal. But if she is correct, then I would have no jurisdiction over her motion to vacate either. Regardless, she offers no valid reason to strike the opposition, so I deny it.

I THEREFORE ORDER that plaintiff Allanna Warren's motion to vacate (ECF No. 69) and motion to strike (ECF No. 72) are DENIED.

DATED this 1st day of April, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE